# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

July 9, 2021

Stanley Davis
43 Argyle Drive
Shirley, NY 11967

Re: 18-303(JMA)(AKT), 21-456(JMA) & 21-2238(JMA)(AKT)

Dear Mr. Davis:

This correspondence is in response to your voicemail on July 9, 2021, in which you requested that we provide you with the status of each of the above noted actions. As such, we have enclosed a copy of the docket sheet which includes all filings to date.

Please contact the Pro Se Office if you require further assistance.

Sincerely,

J. Grady
Pro Se Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Copy mailed to litigant 7/9/21