US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------

STANLEY DAVIS

        AGAINST

SUFFOLK COUNTY DISTRICT ATTORNEY

----------------------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 30 2021 ★
LONG ISLAND OFFICE

AFFIDAVIT
Docket #: 21-CV-2238

I, Stanley Davis, do attest the following is true.

I AM NOT MARRIED NOR HAVE I EVERY BEEN MARRIED. Please DO NOT include Stephanie Zambito into anything that I am doing. She is not my wife. She helps me from time to time when needed. I owe her for every time she has helped me. Please remove her from this matter and any matter at hand as she has no access to anything, not involved and no relations to my family.

I need an attorney on this matter. Your office keeps procrastinating on giving me an attorney as there is so much wrong doing, any attorney who touches this account will see and everything will be exposed.

I do not work. I have children and grandchildren whom depend on me. I only make $817 a month and have to split that in various ways. I have no money by the time everything gets paid. How do you expect me to afford an attorney?

See attached sheets for proof of everything.

Thank you!

*[Signature: Stanley Davis]*

Stanley Davis
43 Argyle Drive
Shirley, NY 11967
Tel:631-772-5176

Case 2:21-cv-02238-JMA-AKT   Document 12-1   Filed 11/04/21   Page 1 of 5 PageID #: 172

Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

Stanley Davis
_Plaintiff/Petitioner_

v.

Suffolk County D.A.
_Defendant/Respondent_

)
)
)
)
)
)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 30 2021 ★
LONG ISLAND OFFICE

Civil Action No. 21-CV-2238

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Stanley Davis_

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 11/29/21

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0 | $ | $ 0 | $ |
| Disability *(such as social security, insurance payments)* | $ 817 | $ | $ 817 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance *(such as welfare)* | $ 0 | $ | $ 0 | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 817 ~~0.00~~ | $ 0.00 | $ 817 ~~0.00~~ | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| not married | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| TFCU | Checking | $ 0 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ 0 |
| Other real estate (Value) Grave plot - for son | $ 7500 |
| Motor vehicle #1 (Value) | $ 0 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ 0 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ 0 |
| Other assets (Value) | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Stephanie Jaff | $ 194,000 (Judgement in my favor owed to Stanley Davis) | |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Trayson Davis | Son | 25 |
| Shaunia Davis | daughter | 23 |
| 10 grandkids | all grandkids | 13 & under |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

not married

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☒ No<br>Is property insurance included? ☐ Yes ☒ No | $ whatever I can pay 3000 or up | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) Applying for | $ Heap | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food  I get foodstamps | $ 255 a month | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 15 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 50 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0 | $ |
| Life: | $ 0 | $ |
| Health: | $ 0 | $ |
| Motor vehicle: | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | | |
| Motor vehicle: | $ 0 | $ |
| Credit card (name): Stanley Davis ~~[redacted]~~ | $ Min. $150 or up monthly payment | $ |
| Department store (name): | $ 0 | $ |
| Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |

Whatever I have left over out of the $1,900's for rent

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ |
|---|---|---|
| Other *(specify)*: | $ 0 | $ |
| Total monthly expenses: | $ 817 ~~0.00~~ | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☒ Yes  ☐ No

    If yes, how much? $ So far 409 to start this lawsuit

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I do not work. I am on a limit budget. I need help.

12. Identify the city and state of your legal residence.
    Shirley, New York

    Your daytime phone number: 631-772-5176
    Your age: 48   Your years of schooling: 12

  

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
----------------------------------------------------------------X  
STANLEY DAVIS,

       Plaintiff,

  -against-

SUFFOLK COUNTY DISTRICT ATTORNEY, et al.,

       Defendant.  
----------------------------------------------------------------X  
**AZRACK, United States District Judge:**

For Online Publication Only

**ORDER**  
21-CV-2238 (JMA) (AKT)

FILED  
CLERK  
7:33 pm, Nov 04, 2021  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
LONG ISLAND OFFICE

Before the Court are the in forma pauperis applications filed by Stanley Davis ("Plaintiff"). (ECF Nos. 2, 9.) For the reasons that follow, the applications to proceed in forma pauperis are denied without prejudice and with leave to renew upon completion of the AO 239 Long Form in forma pauperis application ("Long Form") attached to this Order. Alternatively, Plaintiff may remit the $402.00 filing fee.

To qualify for in forma pauperis status, the Supreme Court has long held that "an affidavit is sufficient which states that one cannot because of his poverty pay or give security for the costs [inherent in litigation] and still be able to provide himself and dependents with the necessities of life." Adkins v. E.I. Du Pont De Nemours & Co., 335 U.S. 331, 339 (1948) (internal quotation marks omitted). The purpose of the statute permitting litigants to proceed in forma pauperis is to ensure that indigent persons have equal access to the judicial system. Davis v. NYC Dept. of Educ., 10-CV-3812, 2010 WL 3419671, at *1 (E.D.N.Y. August 27, 2010) (citing Gregory v. NYC Health & Hospitals Corp., 07-CV-1531, 2007 WL 1199010, at *1 (E.D.N.Y. Apr. 17, 2007)). The determination of whether an applicant qualifies for in forma pauperis status is within the discretion of the district court. DiGianni v. Pearson Educ., 10-CV-0206, 2010 WL 1741373, at *1 (E.D.N.Y. Apr. 30, 2010) (citing Choi v. Chemical Bank, 939 F. Supp. 304, 308 (S.D.N.Y. 1996)).

The court may dismiss a case brought by a plaintiff requesting to proceed in forma pauperis if the "allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).

Plaintiff's initial application to proceed in forma pauperis, filed together with the complaint, reported that Plaintiff is unemployed and that his only source of income is from Social Security in the sum of $794.00 per month. (See ECF No. 2 at ¶¶ 2-3.) Plaintiff reports that he is "on full disability and do[es] not work." (Id. at 2.) Plaintiff did not include the second page of the Court's form with his application and did not provide any financial information concerning his asserts or expenses. Accordingly, by Notice of Deficiency dated June 15, 2021, Plaintiff was instructed to complete and return the enclosed in forma pauperis application within fourteen (14) days in order to proceed with his case. (See ECF 8.)

On June 22, 2021, Plaintiff timely filed a complete in forma pauperis application. However, upon review, because the Court finds that Plaintiff can best set forth his current financial position on the Long Form, it is denied without prejudice and with leave to renew on the Long Form within fourteen (14) days from the date of this Order. Alternatively, Plaintiff may remit the $402.00 filing fee. Plaintiff is warned that a failure to timely comply with this Order may lead to the dismissal of the complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Although Plaintiff continues to report that his only source of income is $794.00 per month from Social Security, he now includes additional information concerning his financial position. Plaintiff reports having no money in cash or in a bank account and states he owns nothing of value "in my name" (id. ¶¶ 2-5). In the space on the form that asks for "[a]ny housing, transportation, utilities, or loan payments or other regular monthly expenses" and their amounts, Plaintiff wrote: "Capital One credit card - $4360 Student Loan - $28,000 Teacher credit card - $4567." (Id. ¶ 6.) Although Plaintiff responded that he "can't even pay my rent" in

response to the question that asks for all persons who depend upon me for support, he lists "past rent" (without an amount) as a debt or financial obligation in response to the last question on the form. (Id. at ¶¶ 7-8.)

Notably, on January 27, 2021, Plaintiff paid the Court's $402.00 filing fee in another action he commenced in this Court. See Davis v. Commr. of Soc. Sec., 21-CV-0456 (JMA). In addition, in that case and the present case, Plaintiff filed an application for the appointment of pro bono counsel on May 7, 2021 (see 21-CV-0456 (JMA), ECF No. 16; 21-CV-2238 (JMA) (AKT), ECF No. 7), wherein he reports that he pays monthly rent in the sum of $309.00 and avers that he pays money to support an individual (S.Z.) each month. (Id. ¶¶ 6-7.) Given that Plaintiff's applications raise more questions that they answer, they are denied without prejudice and with leave to renew within fourteen (14) days on the Long Form included with this Order. Alternatively, Plaintiff may remit the filing fee.[1]

---

[1] Plaintiff is cautioned that there are no refunds of the filing fee, once paid, regardless of the outcome of the case. Accordingly, Plaintiff is well-advised to consider the merit of his claims as well as any threshold issues such as any limits on the Court's jurisdiction to adjudicate his claims as well as the statute of limitations and/or preclusion. Plaintiff is encouraged to avail himself of the free resources provided by the Pro Se Legal Assistance Program run by Hofstra Law School and he may reach them by telephone at 631-297-2575 or by e-mail: PSLAP@hofstra.edu.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of the Court shall mail a copy of this Order to the Plaintiff at his address of record.

**SO ORDERED.**

Dated:  November 4, 2021
         Central Islip, New York

                                              /s/ (JMA)
                                       JOAN M. AZRACK
                                       UNITED STATES DISTRICT JUDGE



PRESS FIRMLY TO SEAL   PRESS  

U.S. POSTAGE
PME 1-DAY
MASTIC BEACH, NY
11951
NOV 29, 21
AMOUNT
$0.00
R23035104217-05

1007  11722

Attn: Pro Se

# PRIORITY
# MAIL
# EXPRESS®

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)  PHONE (631) 772-5176
Stanley Davis
43 Argyle Drive
Shirley NY 11967

EJ 735 472 305 US

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.: 119407
Federal Agency Acct. No. or Postal Service™ Acct. No.:

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 11951
Scheduled Delivery Date (MM/DD/YY): 11/30/21
Postage: $27.10
Date Accepted (MM/DD/YY): 11/29/21
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON  6:00
Insurance Fee: —
COD Fee: —
Time Accepted: 3:34 ☐ AM ☒ PM
10:30 AM Delivery Fee: —
Return Receipt Fee: —
Live Animal Transportation Fee: —
Special Handling/Fragile: —
Sunday/Holiday Premium Fee: —
Total Postage & Fees: $27.10
Weight: lbs. 3 ozs.  ☐ Flat Rate
Acceptance Employee Initials: PO

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)  PHONE ( )
U.S. District Court
Eastern District of NY
100 Federal Plaza
Central Islip, NY
ZIP + 4® (U.S. ADDRESSES ONLY)
11722-____

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY): 11/30/21  Time: 11:47 ☒ AM ☐ PM  Employee Signature: Stew
Delivery Attempt: ___  Time: ___ ☐ AM ☐ PM  Employee Signature:

LABEL 11-B, MARCH 2019  PSN 7690-02-000-9996

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

Attn: Pro Se

   
UNITED STATES POSTAL SERVICE.

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇨ **PEEL FROM THIS CORNER**