**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STANLEY DAVIS,

                Plaintiff,

  - against -

SUFFOLK COUNTY DISTRICT ATT.,
RAPHAEL PEARL In his own capacity,
GOLDBERG & SEGALLA LLP,
KAREN SAAB DOMINGUEZ In her own
capacity, SUFFOLK COUNTY POLICE
DEPARTMENT Electronic Unit, JOHN
PETERSON In his own capacity, KIERNAN
TREBACH & CROCIATA, LLP, ALEX
GILLESPIE In his capacity, ATUL PATEL,
GREAT AMERICAN INSURANCE
COMPANY, SUFFOLK COUNTY DEPT.
OF LAW County Attorney, BRIAN C
MITCHELL, SIBEN & SIBEN and ANDREW
STEIN,

                Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 21-2238 (JMA) (ARL)

     An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on July 18, 2022, granting Plaintiff's application to proceed *in forma pauperis*, dismissing Plaintiff's federal claims sua sponte pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) for failure to state a claim for relief, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and any such claims are thus dismissed without prejudice, denying *in forma pauperis* status for the purpose of any appeal; and to close this case, it is

     **ORDERED AND ADJUDGED** that Plaintiff Stanley Davis take nothing of Defendants Suffolk County District Att., Raphael Pearl, Goldberg & Segalla LLP, Karen Saab Dominguez, Suffolk County Police Department, John Peterson, Kiernan Trebach & Crociata, LLP, Alex

Gillespie, Atul Patel, Great American Insurance Company, Suffolk County Dept. of Law, Brian C Mitchell, Siben & Siben and Andrew Siben; that Plaintiff's complaint as to the federal claims is dismissed for failure to state a claim for relief, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and any such claims are thus dismissed without prejudice, denying *in forma pauperis* status for the purpose of any appeal; and that this case is closed.

Dated: July 28, 2022
      Central Islip, New York

                                      BRENNA B. MAHONEY
                                      CLERK OF THE COURT
                           BY:    /s/ MARY ELLEN KIRCHNER
                                      DEPUTY CLERK